*Leave to file is granted and denied without prejudice*
*Judge Walton*
*5/14/14*

Lloyd Lomax
190-921
1901 D ST. SE
Washington, D.C. 20003

Honorable: Judge Reggie Walton

13cr318-13

My name is Lloyd Lomax, I'm in your court on the Lester Virgil conspiracy.

I'm writing in regard to my attorney, which I'm not satisfied with. I wish the court would appoint another attorney for me.

Mr. Machado and myself is not on the same page as my involvement, that has been alleged against me. Mr. Machado has'nt provided me with no indictment or any discovery. I'm in the blind on important issues in my life about this case.

Sincerely
Lloyd Lomax

FILED
MAY 14 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia